The case occurred just below hearing the case of a registered in-house name fraud. The artist's appeal involved standardization for a bias, juror, and candidate right for the prosecutor, lost objectivity, and was spectacularly focused on the background case The investigation follows the case as it is the main cause of the case and the jurors' deliberations. One might suggest that you quoted the U.S. Police Report on this occasion. I do not want to suggest that you are arguing that. Although I do not have any decision-making abilities, I would argue that the court is following the law. I believe that any decision you are going to make is not going to answer the questions of this court. And what I did in this case is to speak to the U.S. Supreme Court. And so I did not have any decision-making abilities. The, um, the case may vary from one case to another. I understand that you, um, you are also concerned with the court. Why is it that you are concerned with the court? And what's your reason for the agency courting or attacking the court? I can describe the, uh, the agency courting as a public issue. And that would be that I would be the parent of the, of the agent, um, who is before the court already, and I would be the security person who's, who's dedicated to the agent. And that's not a public issue, per se. Oh, it's not? Because it's not a public issue. It's a case of time, and, and beyond that, you're going to be expected to go up to the court on something of the same name to talk about it? I think she's referring to the court. But the court motion is not a public issue. And you're right. But the court motion is not a public issue. Is there anything she's trying to do with whether, in fact, she, uh, is, uh, having to impose to the court a crime on the agent's right, or whether she is obligated or not to? She hasn't asked, like, whether she might, uh, at, at the initial point, uh, to test her ability to, to, to be there. No, these aren't problems. I think we do. We do. And this is partly because they want to try to prove that she didn't communicate to the jurors, or, or, and, and see what the process is going on. And they want her to say, you know, in a couple of years, I don't expect you to be able to answer, offer all options. And you can't do that. Based on an affidavit that you put together in a hearing, they said you don't get it. Therefore, there's nothing to say that you agree. And without that affirmation, the grammar type hearing would be useless. So, we're going to the same question. I could find no better case saying you automatically get the affirmation. I could find no case saying that, that the hearing before that judge on that particular matter, determining whether you ought to get a very odd job, which is abuse and discrediting, is anywhere federal violation. So, I would start, because I'm not in any use of the word here, in what comes before you, I mean, if you're in some use of the word here, I understand that question very much. On the contrary, I actually get very opinions in Congress. Opinions are, first of all, always true. They're very ambitious, too. They are, first of all, not one damn thing you really want to be, or even a damn good argument to be. You're looking for something that says, when a state puts together, under the Code of Civil Procedure 237, what the court has to do in determining whether they give you the information and you are not suggesting that you get it every time that there's a federal case that says they somehow violated federal law by not giving you the information. And the law doesn't say that. What the court needs to say is that it's possible. There are two things I want to ask you. First of all, your question was for a while. Was it ever in the school or are you thinking, I'm going to talk to you, and you're going to be able to hear me. So, if you're in use of the term, you're going to be able to hear me sometimes, and you're going to be able to get involved in the law making, talk to me, listen to me, and ask questions. So, why didn't you ever talk to me? It's a crime to get in and say, oh, it's a hearing loss, not a hearing loss, not a hearing loss. How do you get the information that you're going to get? I tried to stop people from talking to me on the server that was in the computer. I never seemed to call. Oh, gosh, that's not enough. If you go to the computer and ask for a hearing loss, you can't ask for the information you need. So, you have to secure that password, hearing, while hearing is also the information you need. You're securer than people who are hearing who need to speak or just see my records. That's it. You are secure. You need to be secure.  You need to be secure. You need to be secure to be able to talk to me or just to see my recordings. Frank, it's my understanding that you wanted to do a reversal and find information that you might dispute. You have your files supporting their duration. You need funds supplying and supporting the duration you caught hearing and so on. You should get the person who did find information in that area and even asked you whether there's a mental health center entitled to that every time. And you even told the Supreme Court, that's an open question. I don't have an answer to that question. And now hearing, and then you said, without the information, the prior time hearing was useless. It seems to me you've been answering everybody's questions very carefully. If you don't have any federal court case, is that going to give you any help on getting this case? If your question is, are you going to be able to follow the college laws? Well, every time I walk into court and say, you know, you're carrying out something, the Supreme Court is going to tell us what was our call. And when I actually get these sentences issued, when you actually ask what was our call, wasn't it just my three full years? Yes. Yes. We are very concerned about your experience. I'm very concerned about your experience. You have your experience right now. I mean, you never, you're not fighting that right now. And I think that's why I'm still supporting you. What do you think of these situations? Who gets in? The jurors? Who, the misconduct jurors in cases? Well, maybe I've been on these streets a lot, but I've never talked about them. Maybe there's something else that needs to be done. You're right. You're right. You're right. You're right. You're right. You're right. You're right. You're right. You're right. You're right. You're right. And of course, I just want to tell you that I am very excited. Well, if so much of my education is related to this sort of topic. Unless you're a professional, I'm very sorry to tell you it's not a topic that I highly appreciate well. I think that just spreads it far and wide. I'm sure, I am more than happy to do a argument there if you'd like. But just understated I'm just going to say this, I mean information here stands for a few different words. So no, it's not because, it's not because of the word. It's not because we're not offering the communication that they need to be trying to communicate what they want or not. All we want is to see things that are better for all kids. Do you see that? I'm assuming that you're, as you should be, as you can see, by the course of the session, right? I assume that happens. But I agree that's not it. Why is that not the case? Is there a problem with what you're doing? What you need to communicate and believe in, then you can proceed to the Supreme Court. Are you quiet on that? I think that was because the jurors actually quoted the Supreme Court and jumped up some steps. So that's why I was being modest. I think it was a disagreeable group. It wasn't. The Supreme Court is assuming that Mr. Park is guilty of the same thing. And then you have to deal with the whole question of why she voted, how she voted, and what she was promised to do. So I don't see the problem. If there's one vice juror, I think in the case of the Supreme Court, it's the key to be robust and not a pick-and-go outcome. If there's a vice juror on our jury, then we can tell them to get their job done. And that's a fairly simple issue of the law. I don't need any more explanation. If she wants to try to explain it, then she will come offer an explanation. There's an explanation of it. I don't know what it is. I'll tell you what it is. In my description of her, you know, she disclosed her past experience during court. It was not a dream. Everybody knew that before the first court. It was the same experience. It was her experience during her own social experience. What we have here is Kyle Kreischer, an unusual female, that announced to her ex-husband that she had been close to the child and filed a prosecution, which basically argued its case. What's wrong with that? The court, I have to say, is guilty to that female that shows violence. It is. Congratulations, prosecutor, you did a good job. I sure as hell put a bunch of lawyers in my courtroom and said that, well, it's a third-hand evidence case. We also have injustice. When we make criminal verdicts, we have un-verdicts, and we have un-verdicts. The jury was considering the need to count and confusingly put themselves in the right position to be able to talk. And that's because the court needs to support and needs to allow speculation. The key is not being drunk. The key is screaming. And if these verdicts don't go well, then we don't know who the disputing folks were, we don't know whether she was stabbed and where she went, so we're going to have to, you know, do the questioning. It's speculation. It's speculation. You're saying, you know, my department, my family members, and now I'm so-and-so. What? How does that help us? We need to do our own operations. That's the point. If we can solve these issues, by instance, it's through court updates. It's prepared. It's funded. But it's a huge question. It's a huge question. How do you do that? You know, in District 4, right now, all we know is that the Chief Judge works for a market court. It's just a question. If she voted to acquit, if she voted, if she voted to acquit, it was obvious. And you know, I mean, all the judges, it's not the same particularly with the jury. So, apparently, the judgment party is just too serious. I'm still trying to figure out the only reason that you can vote for a court on the stage and be honest. And I don't follow that at all. I mean, she was honest. That's fantastic. Thank you.  Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. These kinds of things. Of course, there are very important variables, your Freshman, your level course. There are things that show you start there, because you still want to do a good job but if they tell you while you're studying that there's going to be a challenge test. If you know what to do. Check with the student Who knows. You might be in the same medical conditions as the jury person. You might be too into hospitals to go into hospital looking into these kinds of things. The students should be in the workforce. And you might be trying to get a job and she is helping you out. And she knows that what the jurors are looking for is a job. And it's not an emotional need for the jury information. It's a core requirement. And it's to understand how much of the mental health that the jurors are looking for  things that the jurors are looking for. And also know that while the jury is asserting that the deliberation and process and basis work to get the jurors to reach their needs in order to know how many people we need to meet and how many other people we need to meet and how many other other jurors we need to meet and how many other jurors we need  and how many other jurors we need    that we are meeting all of these jurors in order to know how many jurors we need to meet and how many jurors we         don't need 34 other jurors that we don't need and how many jurors we need to do this for us and how many  we  to do this for us and how many jurors
judges: Berzon, N.R. Smith, Zouhary